UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TERRANCE CASH,

                Plaintiff,

vs.

COUNTY OF ERIE, CHRISTINE GREEN,
JASON PULEO, KIMBERLY WILGUS,
MARK FRANCZYK, DERRICK NEELY,
KEITH DUNLAP, BRENDAN WHEELER,
KATE WARRINGTON, TIMOTHY GAWLAK,
WILLIAM PAGE, JUSTIN BAUER,
SHAUN B. HEDIGER, JONATHAN WIER,
RYAN WALKER, RICHEL DELORENZO,
JOHN DiMARTINO, JEROME STACHURA,
SEAN MEIRER, TAMARA BARNAS
"RICHARD ROE" SHERIFF'S DEPUTIES
1-10 and other unidentified members of the
Erie County Sheriff's Office,

                Defendants.

Civil Action No.

---

**INDEX OF DOCUMENTS FILED OR SERVED IN STATE COURT ACTION**

Summons and Complaint ........................................................................................ Exhibit A

Answer of Defendant. ............................................................................................Exhibit B