UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TERRANCE CASH,

        Plaintiff,

vs.

COUNTY OF ERIE, CHRISTINE GREEN,
JASON PULEO, KIMBERLY WILGUS,
MARK FRANCZYK, DERRICK NEELY,
KEITH DUNLAP, BRENDAN WHEELER,
KATE WARRINGTON, TIMOTHY GAWLAK,
WILLIAM PAGE, JUSTIN BAUER,
SHAUN B. HEDIGER, JONATHAN WIER,
RYAN WALKER, RICHEL DELORENZO,
JOHN DiMARTINO, JEROME STACHURA,
SEAN MEIRER, TAMARA BARNAS
"RICHARD ROE" SHERIFF'S DEPUTIES
1-10 and other unidentified members of the
Erie County Sheriff's Office,

        Defendants.

---

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2025, I electronically filed the following documents: (1) Defendants' Notice of Removal - with the Clerk of the District Court for the Western District of New York, using its CM/ECF system, which then electronically notified the following CM/ECF participants on this case:

        ROTH & ROTH, LLP
        Elliot Dolby Shields, Esq.
        Attorneys for Plaintiff
        192 Lexington Avenue, Suite 802
        New York, New York 10024
        (212) 425-1020
        eshields@rothandrothlaw.com

Dated: Buffalo, New York
 May 22, 2025

                                                  /s/ Anthony B. Targia, Esq.